**DISMISS and Opinion Filed April 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00218-CV

### KNO FRANCHISING, LTD., Appellant
### V.
### SUDHIR JOSHI, AN INDIVIDUAL, AND JOSHI HOLDINGS, LLC, Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04667-2014**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's motion for voluntary dismissal. Appellant has informed the Court that it no longer wishes to pursue the appeal. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

150218F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

KNO FRANCHISING, LTD., Appellant

No. 05-15-00218-CV        V.

SUDHIR JOSHI, AN INDIVIDUAL, AND
JOSHI HOLDINGS, LLC, Appellees

On Appeal from the 416th Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 416-04667-2014.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees SUDHIR JOSHI, AN INDIVIDUAL, AND JOSHI HOLDINGS, LLC recover their costs of this appeal from appellant KNO FRANCHISING, LTD.

Judgment entered April 30, 2015.